**IN THE TWENTY-FOURTH JUDICIAL CIRCUIT OF MISSOURI**
**ST. FRANCOIS COUNTY**

| | | |
|---|---|---|
| CARDELL EWING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24SF-CC00212 |
| v. | ) | |
| | ) | |
| LARRY D. BERRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Defendant Troy Steele, by and through counsel, notifies this Court of removal of this case to the United States District Court for the Eastern District of Missouri. A copy of the notice of removal filed in the United States District Court for the Eastern District of Missouri is attached. Defendants Anne Precythe, Larry D. Berry, Richard Adams, and Trevor Foley, who have been served, consent to the removal of this case to the United States District Court for the Eastern District of Missouri.,

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Nicolas Taulbee*
Nicolas Taulbee
Missouri Bar No. 61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 889-5000
Email: Nicolas.taulbee@ago.mo.gov
*Attorney for Defendants Steele, Berry, Adams, Precythe, and Foley*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, the foregoing was filed electronically via the Court's electronic filing system, and was served by operation of the same on all counsel of record.

*/s/Nicolas Taulbee*
Nicolas Taulbee
Assistant Attorney General